**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2031

FEDERICO DIMAS, JR.,

Plaintiff - Appellant,

v.

PAMELA JO BONDI, Attorney General of the United States,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:22-cv-01355-RDA-LRV)

Submitted:  July 24, 2025                      Decided:  July 28, 2025

Before NIEMEYER, AGEE, and HEYTENS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

**ON BRIEF:**  Stephen Christopher Swift, Charity Chidinma Emeronye Swift, SWIFT & SWIFT, ATTORNEYS AT LAW, P.L.L.C., for Appellant.  Erik S. Siebert, United States Attorney, Elizabeth A. Spavins, Carolyn M. Wesnousky, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Federico Dimas, Jr., appeals the district court's orders (1) granting Defendant's motion to dismiss Dimas' discrimination, harassment, and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17; and (2) denying Dimas' motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's orders. *Dimas v. Bondi*, No. 1:22-cv-01355-RDA-LRV (E.D. Va. Oct. 26, 2023; Aug. 12, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*